RECEIVED
NOV - 3 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMARIO KATO, Petitioner | CIVIL ACTION NO. 1:15-CV-02585; SEC. P |
| VERSUS | CHIEF JUDGE DRELL |
| N BURL CAIN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Kato's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED and DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 3RD day of November, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT